```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

MAURICE WILLIAMS, et al.,       )
                                )
           Plaintiffs,          )
                                )
     v.                         )    No. 4:07-CV-997-CDP
                                )
JAMES W. MURPHY, et al.,        )
                                )
           Defendants.          )

**ORDER OF PARTIAL DISMISSAL AS TO PLAINTIFF THOMAS LACY
PURSUANT TO FED. R. CIV. P. 41(b)**

This matter is before the Court upon its own motion. On August 9, 2007, this Court ordered plaintiff Thomas Lacy to complete and submit a "Financial Affidavit (CJA 23)" within thirty (30) days [Doc. #5]. Plaintiff was advised that his failure to comply with the Court's Order would result in dismissal of this action as to said plaintiff. To date, Thomas Lacy has failed to comply with said Order.

Therefore,

**IT IS HEREBY ORDERED** that plaintiff Thomas Lacy is **DISMISSED**, without prejudice, as a party-plaintiff in this action,

because he failed to comply with this Court's Order of August 9, 2007.  See Fed. R. Civ. P. 41(b).

Dated this 19th day of September, 2007.

_____
**UNITED STATES DISTRICT JUDGE**